Former decision, 559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3824.

**No. 09-9529. Cesar de la Garza, Petitioner v. Joan Fabian, Commissioner, Minnesota Department of Corrections.**

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5285.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3753.

**No. 09-9795. Dennis O'Brien Edwards, Petitioner v. The Boeing Company, et al.**

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5268.

June 28, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4341.

**No. 09-1287. Republican National Committee, et al., Appellants v. Federal Election Commission, et al.**

561 U.S. 1040, 130 S. Ct. 3543, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5530.

June 29, 2010. Appeal from the United States District Court for the District of Columbia. Judgment affirmed. Justice Scalia, Justice Kennedy, and Justice Thomas would note probable jurisdiction and set the case for oral argument.

Same case below, 698 F. Supp. 2d 150.

**No. 08-1497. National Rifle Association of America, Inc., et al., Petitioners v. City of Chicago, Illinois, et al.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5538.

June 29, 2010. The Court reversed the judgment below in McDonald v. Chicago, 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010). Therefore, petition for writ of certiorari granted, and case remanded to the United States Court of Appeals for the Seventh Circuit for further proceedings.

Same case below, 567 F.3d 856.

**No. 08-1592. James M. Maloney, Petitioner v. Kathleen A. Rice, District Attorney, Nassau County, New York.**

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5539.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of McDonald v. Chicago, 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 554 F.3d 56.